THE STATE EX REL. RICHARD, APPELLANT *v.* O'DONNELL, JUDGE, APPELLEE.

[Cite as *State ex rel. Richard v. O'Donnell* (1993), 67 Ohio St.3d 451.]

(No. 92–1937—Submitted August 16, 1993—Decided October 13, 1993.)

*Donald L. Richard, Sr., pro se.*

*Per Curiam.* The decision of the court of appeals is affirmed for the reasons cogently stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.